UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-29-1M(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| FAUSTIN NGARUYINKA ) | |

The Grand Jury charges that:

## COUNT ONE

On or about September 16, 2016, in the Eastern District of North Carolina, the defendant, FAUSTIN NGARUYINKA, an alien, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

## COUNT TWO

On or about August 3, 2019, in the Eastern District of North Carolina, and elsewhere, the defendant, FAUSTIN NGARUYINKA, did knowingly make under oath, and did knowingly subscribe as true under penalty of perjury under Title 28, United States Code, Section 1746, a false statement with respect to a material fact in an application required by the immigration laws and regulations prescribed thereunder, that is, he stated falsely in an Application to Register Permanent

1

Residence or Adjust Status (Form I-485) that he had never claimed to be an United States citizen, when in fact, as he then knew, he had claimed to be a United States citizen in a North Carolina Voter Registration Application on or about September 16, 2016.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT THREE

On or about August 3, 2019, in the Eastern District of North Carolina and elsewhere, the defendant, FAUSTIN NGARUYINKA did knowingly make a false statement under oath in a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, and registry of aliens, that is, he stated falsely in an Application to Register Permanent Residence or Adjust Status (Form I-485) that he had never claimed to be an United States citizen, when in fact, as he then knew, he had claimed to be a United States citizen in a North Carolina Voter Registration Application on or about September 16, 2016.

[remainder of page left intentionally blank]

All in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL
**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

2/17/2021
DATE

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

3