UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-29-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| FAUSTIN NGARUYINKA | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the instant indictment the above-captioned defendant due to the following: On February 3, 2023, the United States and the defendant entered into a non-prosecution agreement agreeing to the dismissal of the indictment, subject to this Honorable Court's approval.

Respectfully submitted this 3rd day of February 2023.


MICHAEL F. EASLEY, JR
United States Attorney

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone (919) 856-4909
sebastian.kielmanovich@usdoj.gov
N.C. Bar # 32775

Leave of Court is granted for the filing of the foregoing dismissal.

________________________________
RICHARD E. MYERS II
Chief United States District Judge

Date: ________________________